**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

IN RE: MARTHA GROOMSTER COBB  CASE NO: 17-31525-DHW
2625 CHESTERFIELD COURT
MONTGOMERY, AL 36108

Soc. Sec. No. XXX-XX-6384
Debtor.

## INCOME WITHHOLDING ORDER

TO: MOBIS ALABAMA
ATTN PAYROLL
1395 MITCHELL YOUNG RD
MONTGOMERY, AL 36108

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that MOBIS ALABAMA withhold from the wages, earnings, or other income of this debtor the sum of **$283.00 BI-WEEKLY** and remit all such funds withheld to:

CHAPTER 13 TRUSTEE
17-31525-DHW MARTHA GROOMSTER COBB
P O BOX 613108
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, August 8, 2017.

cc: Debtor  */s/ Dwight H. Williams Jr.*
Debtor's Attorney  Dwight H. Williams Jr.
United States Bankruptcy Judge