In re                                                                                Case No. 17–31525
Chapter 13

Martha Groomster Cobb,

     Debtor.

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on September 14, 2017 at 10:00 AM

to consider and act upon the following:

*29* – Motion to Make Direct Payments to Trustee filed by Richard D. Shinbaum on behalf of Martha Groomster Cobb. (Shinbaum, Richard)

Dated September 12, 2017

                                                                            Juan–Carlos Guerrero
                                                                            Clerk of Court